FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
10/18/2021 3:12 PM
JAMIE SMITH
DISTRICT CLERK
E-208602

CAUSE NO. _____

| | | |
|---|---|---|
| **DOROTHY MARCEL** § | | IN THE DISTRICT COURT OF |
| § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | | JEFFFERSON COUNTY, TEXAS |
| § | | |
| **WAL-MART STORES TEXAS, LLC** § | | |
| § | | |
| *Defendant* § | | \_\_\_\_ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

Darlene Miles (hereinafter referred to as "Plaintiff") complains of Wal-Mart Stores Texas, LLC (hereinafter referred to as "Defendant") and would respectfully show the Court that:

**Discovery Control Plan**

1. Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

**Jurisdiction and Venue**

2. The claims asserted arise under the common law of Texas. This Court has jurisdiction and venue is proper because all or a substantial part of the events or omissions giving rise to the claim occurred in Dallas County, Texas.

**Statement Regarding Monetary Relief Sought**

3. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief of no more than $250,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

4. Plaintiff further pleads that the amount in controversy does not exceed $ 75,000.00.

Exhibit A

## Parties

5. Plaintiff is an individual residing in Jefferson County, Texas.

6. Defendant, Wal-Mart Stores Texas, LLC, is a domestic corporation, organized under the laws of Arkansas, and operating a business for profit in the State of Texas at 4999 Twin City Highway, Port Arthur, Texas 77642. Defendant may be served by and through its registered agent, CT Corporation, located at 1999 Bryan St., Suite 900, Dallas, Texas 75201.

## Facts

7. This lawsuit is necessary as a result of personal injuries that Plaintiff received on or about September 24, 2021. At that time, Plaintiff was an invitee at Defendant's Wal-Mart store at 4999 Twin City Highway, Port Arthur, Texas 77642. Plaintiff slipped and fell on a substance on the floor while selecting items near the juice cooler. Consequently, Plaintiff suffered severe bodily injuries.

## Causes of Action

8. At the time of the incident in question, Plaintiff was an invitee of Defendant. Defendant knew or should have known of the unreasonably dangerous condition and neither corrected nor warned Plaintiff of it. Plaintiff did not have any knowledge of the dangerous condition and could not have reasonably been expected to discover it. Defendant either created the condition and/or failed to correct the condition or to warn Plaintiff about the dangerous condition, which constituted negligence, and such negligence was a proximate cause of the occurrence in question and Plaintiff's resulting injuries.

9. Plaintiff would show that, based on the above-described facts, Defendant was negligent. Defendant, as occupier and owner of the premises, with control over the premises, had a duty to

Exhibit A

inform Plaintiff of the dangerous condition and make safe the defective condition existing on Defendant's premises.

10. Defendant is liable to Plaintiff under the theory of premises liability and negligence based on the following negligent conduct:

   a. Failure to maintain the premises, including floors and walkways, in a reasonably safe condition;

   b. Failure to inspect the premises where the dangerous condition existed;

   c. Failure to correct the condition by taking reasonable measure to safeguard persons who entered the premises;

   d. Failure to inform Plaintiff of the dangerous condition existing on the premises; and

   e. Other acts deemed negligent.

11. Each of the foregoing negligent acts and/or omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages that are described below.

12. Defendant was also negligent in that it failed to act as reasonably prudent premise owner would act in the same or similar situation.

## **Damages**

13. As a result of these acts or omissions, Plaintiff sustained damages recognizable by law.

14. By virtue of the actions and conduct of the Defendant set forth above, Plaintiff was seriously injured and is entitled to recover the following damages:

   a. Past and future medical expenses;

   b. Past and future pain, suffering and mental anguish;

   c. Past and future physical impairment;

   d. Past and future physical disfigurement;

   e. Past lost wages and future loss of earning capacity.

Exhibit A

15.     By reason of the above, Plaintiff is entitled to recover damages from the Defendant in an amount within the jurisdictional limits of this Court, as well as pre and post-judgment interest.

## Initial Disclosures

16.     Pursuant to Rule 194, Tex. R. Civ. P., Defendants must, without awaiting a discovery request, provide information or materials described in Texas Rule of Civil Procedure 194.2 in Defendants' initial disclosure at or within 30 days after the filing of the first answer. Copies of documents and other tangible things must be served with Defendant's response.

## Rule 193.7 Notice

17.     Plaintiff hereby gives actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

## Prayer

Plaintiff prays that this citation issue and be served upon Defendant in a form and manner prescribed by law, requiring that Defendant appear and answer, and that upon final hearing, Plaintiff has judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post judgment interests, all costs of Court, and all such other and further relief, to which he may be justly entitled.

Exhibit A

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/ Brevin Jackson*
Brevin Jackson
Texas State Bar No. 24120352
440 Louisiana St., Suite 1400
Houston, Texas 77002
Telephone: (713) 322-4878
Facsimile:  (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEYS FOR PLAINTIFF**

5

Exhibit A